## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Thomas Ganci, on behalf of himself and other similarly situated individuals nationwide and the Rule 23 Class, | : : : : : | Court File No. 2:15-cv-2959 |
| Plaintiff, | : : | **ORDER** |
| v. | : : | |
| MBF Inspection Services, Inc., | : : | |
| Defendant. | : | |

The above-captioned matter is before this Court upon Plaintiff's Motion for Leave to File Documents under Temporary Seal in relation to Plaintiff's Motion for Class Certification under Fed. R. Civ. P. 23. the Court having considered the arguments and papers submitted herein, and for good cause shown, makes the following:

## <u>ORDER</u>

1.  The Court, having considered all of the files herein, hereby **GRANTS** Plaintiff's motion in its entirety.

2.  The document identified in Plaintiff's Motion for Leave to File Documents under Temporary Seal shall be filed under temporary seal for fourteen (14) days.

3.  Defendant MBF Inspection Services, Inc. may move to file the aforementioned document under seal within fourteen (14) days of this order.

**SO ORDERED.**

/s/ Terence P. Kemp
United States Magistrate Judge