# EXHIBIT 5

| | |
|---|---|
| **From:** | Baggio, Alex |
| **To:** | Eric Bravo; Helland, Matthew; Stender, Kayla |
| **Cc:** | Joseph Gerling; "Christopher Wesierski"; "Laura Barns"; Kelly Atherton |
| **Subject:** | RE: MBF / Settlement week - please advise ASAP |
| **Date:** | Tuesday, March 14, 2017 5:02:34 PM |

Eric,

The proposed deposition dates we identified are a week away, and we have not heard anything from you on the issue.  Please confirm as soon as possible if you wish to proceed with these dates and locations.  If you do, we will see if the plaintiffs are still available.

Alex



**Alexander M. Baggio**
Associate Attorney
612-256-3295 | abaggio@nka.com

4600 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
877-448-0492 | fax: 612-215-6870
www.nka.com
contact card

## EMPLOYEE & CONSUMER RIGHTS

The information contained in this transmission may be attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Baggio, Alex
**Sent:** Thursday, March 09, 2017 3:01 PM
**To:** 'Eric Bravo'; Helland, Matthew; Stender, Kayla
**Cc:** Joseph Gerling; 'Christopher Wesierski'; 'Laura Barns'; Kelly Atherton
**Subject:** RE: MBF / Settlement week - please advise ASAP

Eric,

We called the Court and let them know the parties do not wish to proceed with a conference during the March settlement week.

Concerning opt-in plaintiffs' depositions, we provided you with potential dates and locations for individuals for whom we were are able to provide availability within the timeframe Defendant initially requested.  We have since confirmed availability for James Klug in Pecos, TX on March 21–22 or March 28–29, and Larry Alexander in Jackson, MS on March 30–31 or April 3–7.  For the

remaining seven opt-ins, we have been unable to obtain deposition times from them and suggest the parties identify alternatives. Let us know if you'd like us to offer up seven alternatives.  Since Defendant now seeks to expand depositions to all of April, please let us know what days you are not available so we may take them into account now.

Alex



**Alexander M. Baggio**
Associate Attorney
612-256-3295 | abaggio@nka.com

4600 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
877-448-0492 | fax: 612-215-6870
www.nka.com
contact card

**EMPLOYEE & CONSUMER RIGHTS**

The information contained in this transmission may be attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.