IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Thomas Ganci, on behalf of himself and other similarly situated individuals nationwide and the Rule 23 class | : : : : : | Case No. 2:15-cv-2959 |
| | : | Judge Smith |
| Plaintiff | : : | Magistrate Judge Kemp |
| v. | : : | |
| MBF Inspection Services, Inc., | : : | |
| Defendant | : : | |

## STIPULATION AND AGREED JUDGMENT ENTRY

The parties, by their legal counsel, now stipulate, and the court hereby orders, as follows:

1) Defendant MBF Inspection Services, Inc. shall have a 7-day extension of time, until May 26, 2017, to file its Memorandum in Opposition to Plaintiff's Motion for Class Certification Under Fed.R.Civ.P. 23;

2) Plaintiff Thomas Ganci shall have an additional 7 days, for a total of 21 days, after service of Defendant's Memorandum in Opposition to Plaintiff's Motion for Class Certification to file his Reply Brief thereto; and

3) Defendant MBF Inspection Services, Inc. shall have a 9-day extension of time, until May 26, 2017, to file its Memorandum in Support of Ex. 7 to Plaintiff's Motion for Class Certification remaining under seal.

**IT IS SO ORDERED.**

_____        _____
Date                    Judge George Smith

                                   _____
                                   Magistrate Terrence Kemp

**SO STIPULATED:**

/s/ Alexander M. Baggio (per 5-19-17 email consent)
Alexander M. Baggio*
Paul J. Lukas*
Nichols Kaster, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Email: abaggio@nka.com
         lukas@nka.com
*Admitted Pro Hac Vice*

Matthew C. Helland*
Nichols Kaster, LLP
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Email: helland@nka.com
*Admitted Pro Hac Vice*

Robert E. DeRose, II
Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
250 E. Broad St, 10th Floor
Columbus, OH 43215
Email: bderose@barkanmeizlish.com

*Attorneys for Plaintiffs*

/s/ Eric S. Bravo
JOSEPH A. GERLING     (0022054)
ERIC S. BRAVO         (0048564)
Two Miranova Place, Suite 220
Columbus, Ohio 43215
Telephone: (614) 228-6885
Facsimile: (614) 228-0146
Email: jgerling@lanealton.com
       ebravo@lanealton.com

CHRISTOPHER P. WESIERSKI*
WESIERSKI & ZUREK LLP
One Corporate Park, Suite 200
Irvine, California 92606
Telephone: (949) 975-1000
Facsimile: (949) 756-0517
Email: cwesierski@wzllp.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant MBF Inspection Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been filed on this 19th day of May, 2017 through the Court's ECF system, and served upon all counsel of record who participate in the Court's ECF system.

/s/ Eric S. Bravo
ERIC S. BRAVO
*Attorney for MBF Inspection Services, Inc.*