# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Thomas Ganci, on behalf of himself and other similarly situated individuals nationwide and the Rule 23 Class, | Court File No. 2:15-cv-2959 |
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE SUBSTITUTE FILED DOCUMENT** |
| v. | |
| MBF Inspection Services, Inc., | |
| Defendant. | |

## ORDER

The Court, having considered all of the files herein, hereby **GRANTS** Plaintiffs' unopposed Motion for Leave to Substitute Filed Document. (ECF No. 115.) The Clerk is directed to replace Exhibit 6 in Support of their Motion for Partial Summary Judgment, (ECF No. 103-28), with the revised Exhibit 6 submitted as Exhibit A to their motion for leave (ECF No. 115-1).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE